**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA MORA,                              ) | NO. EDCV 07-1527-MAN |
|                            ) | |
|            Plaintiff,      ) | |
|                            ) | JUDGMENT |
|         v.                 ) | |
|                            ) | |
| MICHAEL J. ASTRUE,         ) | |
| Commissioner of the        ) | |
| Social Security Administration,  ) | |
|                            ) | |
|            Defendant.      ) | |
| —————————————————————————) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: December 1, 2008

                                          /s/
                              ——————————————————————
                              MARGARET A. NAGLE
                        UNITED STATES MAGISTRATE JUDGE